IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICHARD CORA,<br><br>    Plaintiff,<br><br>    v.<br><br>US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET ALS.,<br><br>    Defendants. | CIVIL NO. 20-01558 (JAG) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)

TO THE HONORABLE COURT:

**COMES NOW** the Plaintiff Richard Cora, (hereinafter, "Mr. Cora"), through the undersigned counsel, and respectfully states and prays as follows:

1. Earlier today, Plaintiff filed a "Motion in Compliance with Court Orders" notifying his intention for moving for voluntary dismissal without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. *See* Dkt. No. 7.

2. In its relevant part, Rule 41(a)(1) of the Federal Rules of Civil Procedures provides as follows:

> (a) Voluntary Dismissal.
>   (1) By the Plaintiff.
>   (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>       (i) a **notice of dismissal before the opposing party serves either an answer or a motion for summary judgment**; or
>       (ii) ...
>
> (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits".

3. In so far as defendants have not yet filed an answer or a motion for summary judgment, Plaintiff respectfully submits the instant notice of voluntary dismissal without prejudice.

**WHEREFORE**, respectfully requests that this Honorable Court take notice of the foregoing.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 18th day of November 2020.

*Counsel for Plaintiff*



_____

www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ifernandez@cstlawpr.com

*s/ISRAEL FERNÁNDEZ-RODRÍGUEZ*
**ISRAEL FERNÁNDEZ-RODRÍGUEZ**
USDC-PR No. 225004