IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICHARD CORA,<br><br>**Plaintiff,**<br><br>v.<br><br>US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>**Defendant.** | CIVIL NO. 20-1558(JAG) |

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 8, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, November 30, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE